49 So.2d 922

## STATE v. BAKER'S, Incorporated.
### 6 Div. 52.

Supreme Court of Alabama.
Nov. 28, 1950.

A. A. Carmichael, Atty. Gen., for appellant.

Pritchard & McCall, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.